SECOND DEPARTMENT, NOVEMBER, 1956

(November 1, 1956)

◼ In the Matter of CHARLES A. MALONE et al., Appellants, against ANTHONY BOSCO et al., Constituting the Putnam County Board of Elections, Respondents.— Order denying application to direct respondents to forthwith forward to appellants their absentee ballots reversed on the law and the facts, without costs, and application granted. Findings of fact insofar as they may be inconsistent herewith are reversed and new findings are made as indicated herein. (*Matter of Croen* v. *Bosco*, 2 A D 2d 696.) Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

(November 5, 1956)

◼ ATHINA BUYUKAS et al., Appellants, v. EMANUEL STEFFAND et al., Individually and as Copartners Doing Business under the Name of New Olympic Hotel, Respondents.— Motion to dismiss appeal denied, without costs, without prejudice to a renewal of the motion upon proper notice (Appellate Division, Second Department Rules, rule VII; Civ. Prac. Act, § 164). Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

◼ BERNARD D. SCHENDLER, an Infant, by ETHEL SCHENDLER, His Guardian ad Litem, et al., Respondents, v. MID-WEST INSURANCE COMPANY, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

◼ ADELINE BLUME, Appellant, v. HARRY C. BLUME, Respondent.— Order denying appellant's motion to modify a judgment of annulment so as to provide for payments for her support and maintenance affirmed, without costs. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

◼ NATHAN S. BRODY, Respondent, v. VITO MARTINELLI et al., Appellants, et al., Defendants.— In an action to foreclose a mortgage on real property, the appeal is from an order and judgment (one paper) granting respondent's motion for summary judgment striking out appellants' answer and counterclaim. Order and judgment reversed, with $10 costs and disbursements, and motion denied, with $10 costs. A triable issue of fact is presented as to whether there was any consideration for the mortgage. (*Di Menna & Sons* v. *City of New York*, 301 N. Y. 118; *Braun* v. *Carey*, 280 App. Div. 1019; *Chapman* v. *Chapman*, 284 App. Div. 504, 509.) Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.